IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACIE BRENNAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 12-2766 |
| | : | |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, a wholly owned subsidiary of PORTFOLIO RECOVERY ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of August 2012, upon consideration of the Notice of Voluntary Dismissal filed by Plaintiff (Doc. No. 3), it is **ORDERED** that:

1. The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

2. All pending motions are DENIED AS MOOT.

3. The Clerk of Court shall close the above-captioned matter.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.